# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

VALERIE MOBLEY, as Administrator to the Estate of
RENNY DE'ANGELO MOBLEY

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 3:26-CV-00095 |
| | ) | |
| GARRY MCFADDEN, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Judith Mortel
10920 Dapple Grey Lane
Charlotte, NC 28213

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Amanda A. Mingo and Katie C. Clary
Rawls, Scheer, Clary & Mingo
2333 Randolph Road, Suite 100
Charlotte, NC 28207
704-376-3200
amingo@rscmlaw.com, kclary@rscmlaw.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date ___03/25/2026___

**Civil Action No.** 3:26-CV-00095

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____**, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                  **Server's signature**

                                      _____
                                               **Printed name and title**

                                      _____
                                               **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

VALERIE MOBLEY, as Administrator to the Estate of
RENNY DE'ANGELO MOBLEY

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 3:26-CV-00095 |
| | ) | |
| GARRY MCFADDEN, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Christi Eden
122 Linden Road
Richlands, NC 28574

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Amanda A. Mingo and Katie C. Clary
Rawls, Scheer, Clary & Mingo
2333 Randolph Road, Suite 100
Charlotte, NC 28207
704-376-3200
amingo@rscmlaw.com, kclary@rscmlaw.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date ___03/25/2026_____

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-CV-00095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                            **Server's signature**

                                             _____
                                                            **Printed name and title**

                                             _____
                                                            **Server's address**

**Additional information regarding attempted service, etc:**