Hand-Delivered

FILED
CHARLOTTE, NC

APR 30 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

**VALERIE MOBLEY, et al.,**
Plaintiffs,

v.

**GARRY MCFADDEN, et al.,**
Defendants.

**Case No. 3:26-cv-00095**

# DEFENDANT TIARRA SLADE'S MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES Defendant, Tiarra Slade, proceeding pro se, and respectfully moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time to respond to the Complaint. In support of this Motion, Defendant states as follows:

1. Defendant was served with the Summons and Complaint on April 22, 2026.
2. Defendant is diligently attempting to obtain legal counsel but has not yet been successful due to the specialized nature of this federal case.
3. This matter involves multiple defendants and potentially complex legal issues.
4. Defendant requires additional time to secure counsel and to prepare an appropriate response.

Accordingly, Defendant requests an extension of thirty (30) days, up to and including **May 22, 2026**, to respond to the Complaint.

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully submitted this 30th day of April, 2026.

**/s/ Tiarra Slade**
Tiarra Slade (pro se)
1720 Larne Cir

Charlotte, NC 28214
(585) 267-0508
tiarra_slade@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Time was served on Plaintiff's counsel by **[U.S. Mail / email / CM/ECF]** on this __ day of May, 2026.

**/s/ Tiarra Slade**
Tiarra Slade

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

**VALERIE MOBLEY, et al.,**
Plaintiffs,

v.

**GARRY MCFADDEN, et al.,**
Defendants.

**Case No. 3:26-cv-00095**

# DEFENDANT TIARRA SLADE'S MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES Defendant, Tiarra Slade, proceeding pro se, and respectfully moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time to respond to the Complaint. In support of this Motion, Defendant states as follows:

1. Defendant was served with the Summons and Complaint on April 22, 2026.
2. Defendant is diligently attempting to obtain legal counsel but has not yet been successful due to the specialized nature of this federal case.
3. This matter involves multiple defendants and potentially complex legal issues.
4. Defendant requires additional time to secure counsel and to prepare an appropriate response.

Accordingly, Defendant requests an extension of thirty (30) days, up to and including **May 22, 2026**, to respond to the Complaint.

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully submitted this 30th day of April, 2026.

**/s/ Tiarra Slade**
Tiarra Slade (pro se)

1720 Larne Cir
Charlotte, NC 28214
(585) 267-0508
tiarra_slade@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Time was served on Plaintiff's counsel by **[U.S. Mail / email / CM/ECF]** on this ___ day of May, 2026.

***/s/* Tiarra Slade**
Tiarra Slade