| | | |
|---|---|---|
| VALERIE MOBLEY, as Administrator to the Estate of RENNY DEANGELO MOBLEY | ) ) ) ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF BENTRELL BLOCKER, ROBERT NEECE, JAMIE JAQUEZ, TIMIKA MASSEY, SABRINA GARRIS, SHANTA SMITH, DOLLIE WASSON, GILDA LOUALLEN, ANNE THOMPSON and TIANA MOTLEY** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GARRY MCFADDEN, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses WITHOUT PREJUDICE **only** the claims against BENTRELL BLOCKER, ROBERT NEECE, JAMIE JAQUEZ, TIMIKA MASSEY, SABRINA GARRIS, SHANTA SMITH, DOLLIE WASSON, GILDA LOUALLEN, ANNE THOMPSON and TIANA MOTLEY. Each party shall bear its own costs and attorney's fees.

This the 22nd of June, 2026.

/s/*Amanda A. Mingo*
Amanda A. Mingo, NC Bar #24423
/s/ *Katie C. Clary*
Katie C. Clary, NC Bar #39248
Attorneys for the Plaintiff
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Rd., Ste. 100
Charlotte, NC  28207
T: 704-376-3200/F: 704-376-3200
amingo@rscmlaw.com
kclary@rscmlaw.com

**CERTICIATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing *Notice of Voluntary Dismissal* with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record and I certify that I have mailed a copy of the *Notice of Voluntary Dismissal* to the pro se parties listed below:

Brittany Moore
8811 Burnt Umber Drive
Charlotte, NC 28215

Dwayne Williamson
3415 Dening Court
Midland, NC 28107

Shadala Fair
302 S. Mickley Avenue
Bessemer City, NC 28016

Tadashia Brice
421 McGinn Grove Dr.
Charlotte, NC 28216

Tiarra Slade
1720 Larne Cir.
Charlotte, NC 28214

Shavonne Ellis
2401 Tanglewood Drive
Albemarle, NC 28001

Leke Atabong
249 Burnside Drive
Raeford, NC 28376

Josephine Bashaka
425 W 5th Street, #112
Charlotte, NC 28202

Aaliyyah Terry Green
4834 Jane Ave
Charlotte, NC 28269

Judith Mortel
10920 Dapple Grey Lane
Charlotte, NC 28213

/s/*Amanda A. Mingo*
Amanda A. Mingo, NC Bar 24423
Attorney for the Plaintiff
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Rd., Ste. 100
Charlotte, NC  28207
T: 704-376-3200/F: 704-372-2716
amingo@rscmlaw.com