UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:26-CV-00095-FDW

| | |
|---|---|
| VALERIE MOBLEY, as Administrator to the Estate of RENNY DEANGELO MOBLEY<br><br>Plaintiff,<br><br>vs.<br><br>GARRY MCFADDEN, et al.,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL OF BENTRELL BLOCKER, ROBERT NEECE, JAMIE JAQUEZ, TIMIKA MASSEY, SABRINA GARRIS, SHANTA SMITH, DOLLIE WASSON, GILDA LOUALLEN, ANNE THOMPSON and TIANA MOTLEY** |

By stipulation of undersigned counsel and parties and pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses WITHOUT PREJUDICE **only** the claims against BENTRELL BLOCKER, ROBERT NEECE, JAMIE JAQUEZ, TIMIKA MASSEY, SABRINA GARRIS, SHANTA SMITH, DOLLIE WASSON, GILDA LOUALLEN, ANNE THOMPSON and TIANA MOTLEY. Each party shall bear its own costs and attorney's fees.

This the 22nd day of July, 2026.

/s/*Amanda A. Mingo*
Amanda A. Mingo, NC Bar #24423
/s/ *Katie C. Clary*
Katie C. Clary, NC Bar #39248
Attorneys for the Plaintiff
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Rd., Ste. 100
Charlotte, NC 28207
T: 704-376-3200/F: 704-376-3200
amingo@rscmlaw.com
kclary@rscmlaw.com

We Consent:

*/s/Sean F. Perrin*
Sean F. Perrin (NCSB No.22253)
301 S. College Street, Suite 3500
Charlotte, NC 28202
Email:Sean.Perrin@wbd-us.com
Attorney for Defendants Garry McFadden, Steven Buchanan, John Payne, Larry Houpe, Quaderah Caver, Michelle Langford, Lourdes Martinez, Kerri-Ann Lewis, Marcus Chea, and Ohio Casualty

*/s/Christian J. Ferlan*
Christian J. Ferlan
North Carolina Bar No.: 53459
Hall Booth Smith, P.C
11215 N Community Road Suite 750
Charlotte, NC 28277
Telephone:980-849-0380
Email: cferlan@hallboothsmith.com
Attorney for Defendant Telisa White

*/s/Richard L. Rainey*
Richard L. Rainey (NC Bar No. 14278)
Michael A. Ingersoll (NC Bar No. 52217)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4967
Richard.Rainey@wbd-us.com
Mike.Ingersoll@wbd-us.com
Attorney for Defendant Mecklenburg County

*/s/Dwayne Williamson*
Dwayne Williamson
3415 Dening Court
Midland, NC 28107
williamsondwayne704@yahoo.com
Pro Se

*/s/Patrick H. Flanagan*
Patrick H. Flangan, NC Bar #17407
P.O Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com
Attorney for Defendants Daniel Biondi, Reserve Health, PC, and Mary LeBliss

*/s/Johnathan Patton*
Joshua Hiller / State Bar No. 39010
Jonathan Patton / State Bar No. 54949
3737 Glenwood Avenue, Suite 120
Raleigh, NC 27612-5505
(984) 238-2380
jhiller@huffpowellbailey.com
jpatton@huffpowellbailey.com
Attorney for Defendant Salomon Sanchez

*/s/Jake W. Stewart*
Jake W. Stewart, NC Bar # 51157
P.O Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
jstewart@cshlaw.com
Attorney for Defendants Zachariah Noltemeyer and Eva Squibb

*/s/Drake Smith*
Drake Smith
Arnold & Smith
17250 Lancaster Highway
#605 Charlotte, NC 28227
Tel: 704.370.2828
Drake.smith@arnoldsmithlaw.com
Attorney for Defendant Brittany Moore

*/s/Shadala Fair*
Shadala Fair
302 S. Mickley Avenue
Bessemer City, NC 28016
shadalafair@gmail.com
Pro Se

*/s/Tadisha Brice*
Tadashia Brice
421 McGinn Grove Dr.
Charlotte, NC 28216
Tadashiabrice@yahoo.com
Pro Se

*/s/Tiarra Slade*
Tiarra Slade
1720 Larne Cir.
Charlotte, NC 28214
tiarra_slade@yahoo.com
Pro Se

*/s/Josephine Bashaka*
Josephine Bashaka
425 W 5th Street, #112
Charlotte, NC 28202
Pro Se

*/s/Judith Mortel*
Judith Mortel
10920 Dapple Grey Lane
Charlotte, NC 28213
Pro Se

## CERTICIATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing ***Notice of Voluntary Dismissal*** with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record and I certify that I have mailed a copy of the ***Notice of Voluntary Dismissal*** to the pro se parties listed below:

*/s/Sean F. Perrin*
Sean F. Perrin (NCSB No.22253)
301 S. College Street, Suite 3500
Charlotte, NC 28202
Email:Sean.Perrin@wbd-us.com
Attorney for Defendants Garry McFadden, Steven Buchanan, John Payne, Larry Houpe, Quaderah Caver, Michelle Langford, Lourdes Martinez, Kerri-Ann Lewis, Marcus Chea, and Ohio Casualty

*/s/Christian J. Ferlan*
Christian J. Ferlan
North Carolina Bar No.: 53459
Hall Booth Smith, P.C
11215 N Community Road Suite 750
Charlotte, NC 28277
Telephone:980-849-0380
Email: cferlan@hallboothsmith.com
Attorney for Defendant Telisa White

*/s/Richard L. Rainey*
Richard L. Rainey (NC Bar No. 14278)
Michael A. Ingersoll (NC Bar No. 52217)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4967
Richard.Rainey@wbd-us.com
Mike.Ingersoll@wbd-us.com
Attorney for Defendant Mecklenburg County

*/s/Patrick H. Flanagan*
Patrick H. Flangan, NC Bar #17407
P.O Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com
Attorney for Defendants Daniel Biondi, Reserve Health, PC, and Mary LeBliss

*/s/Johnathan Patton*
Joshua Hiller / State Bar No. 39010
Jonathan Patton / State Bar No. 54949
3737 Glenwood Avenue, Suite 120
Raleigh, NC 27612-5505
(984) 238-2380
jhiller@huffpowellbailey.com
jpatton@huffpowellbailey.com
Attorney for Defendant Salomon Sanchez

*/s/Jake W. Stewart*
Jake W. Stewart, NC Bar # 51157
P.O Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
jstewart@cshlaw.com
Attorney for Defendants Zachariah Noltemeyer and Eva Squibb

*/s/Drake Smith*
Drake Smith
Arnold & Smith
17250 Lancaster Highway
#605 Charlotte, NC 28227
Tel: 704.370.2828
Drake.smith@arnoldsmithlaw.com
Attorney for Defendant Brittany Moore

*/s/Dwayne Williamson*
Dwayne Williamson
3415 Dening Court
Midland, NC 28107
williamsondwayne704@yahoo.com
Pro Se

*/s/Shadala Fair*
Shadala Fair
302 S. Mickley Avenue
Bessemer City, NC 28016
shadalafair@gmail.com
Pro Se

*/s/Tadisha Brice*
Tadashia Brice
421 McGinn Grove Dr.
Charlotte, NC 28216
Tadashiabrice@yahoo.com
Pro Se

*/s/Tiarra Slade*
Tiarra Slade
1720 Larne Cir.
Charlotte, NC 28214
Tiarra_slade@yahoo.com
Pro Se

*/s/Shavone Ellis*
Shavonne Ellis
2401 Tanglewood Drive
Albemarle, NC 28001
Pro Se

*/s/Leke Atabong*
Leke Atabong
249 Burnside Drive
Raeford, NC 28376
Pro Se

*/s/Josephine Bashaka*
Josephine Bashaka
425 W 5th Street, #112
Charlotte, NC 28202
Pro Se

*/s/Aaliyyah Terry Green*
Aaliyyah Terry Green
4834 Jane Ave
Charlotte, NC 28269
Pro Se

*/s/Judith Mortel*
Judith Mortel
10920 Dapple Grey Lane
Charlotte, NC 28213
Pro Se

*/s/Amanda A. Mingo*
Amanda A. Mingo, NC Bar 24423
Attorney for the Plaintiff
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Rd., Ste. 100
Charlotte, NC 28207
T: 704-376-3200/F: 704-372-2716
amingo@rscmlaw.com