**Status Statement re: Pro Se Unresponsive Defendants**

1. On July 1, 2026, Plaintiff's counsel sent a package containing the Stipulation of Voluntary Dismissal, a letter providing signature instructions, and a self-addressed, stamped return envelope to Defendant Judith Mortel via U.S. Mail to 10920 Dapple Grey Lane, Charlotte, NC 28213. (Exhibit A)

2. On July 8, 2026, Plaintiff's counsel spoke with Defendant Mortel via phone regarding the package previously mailed to Defendant Mortel on July 1st and requested Defendant Mortel to return the executed Stipulation of Voluntary Dismissal.

3. During the July 8th call, Defendant Mortel instructed Plaintiff's counsel to send an electronic copy of the documents mailed on July 1st to her email address at judith1277@yahoo.com. Plaintiff's counsel sent the documents electronically, as instructed, on July 8, 2026. (Exhibit B)

4. By July 10, 2026, Defendant Mortel had neither filed the executed Stipulation of Voluntary Dismissal, nor had she returned the document to Plaintiff's counsel. On that day, Plaintiff's counsel attempted to call Defendant Mortel to inquire about the status of the executed document. Defendant Mortel did not answer the call. Plaintiff's counsel left a voicemail message requesting a return call.

5. As of the date of this filing, Defendant Mortel has not filed with the Court nor returned to Plaintiff's counsel, the executed Stipulation of Voluntary Dismissal.

6. As of the date of this filing, Defendant Mortel has had no further contact with Plaintiff's counsel.

7. On July 1, 2026, Plaintiff's counsel sent a package containing the Stipulation of Voluntary Dismissal, a letter providing signature instructions, and a self-addressed, stamped return envelope to Defendant Tiarra Slade via U.S Mail to 1720 Lane Cir, Charlotte, NC 28214. (Exhibit C)

8. On July 8, 2026, Plaintiff's counsel spoke with Defendant Slade via phone regarding the package previously mailed to Defendant Slade on July 1st and requested Defendant Mortel to return the executed Stipulation of Voluntary Dismissal.

9. During the July 8th call, Defendant Slade instructed Plaintiff's counsel to send an electronic copy of the documents mailed on July 1st to her email address at tiarra_slade@yahoo.com. Plaintiff's counsel sent the documents electronically, as instructed, on July 8, 2026. (Exhibit D)

10. By July 10, 2026, Defendant Slade had neither filed the executed Stipulation of Voluntary Dismissal, nor had she returned the document to Plaintiff's counsel. On that day, Plaintiff's counsel attempted to call Defendant Slade to inquire about the status of the executed document. Defendant Slade did not answer the call. Plaintiff's counsel left a voicemail message requesting a return call.

11. As of the date of this filing, Defendant Slade has not filed with the Court nor returned to Plaintiff's counsel, the executed Stipulation of Voluntary Dismissal.

12. As of the date of this filing, Defendant Slade has had no further contact with Plaintiff's counsel.

13. On July 1, 2026, Plaintiff's counsel sent a package containing the Stipulation of Voluntary Dismissal, a letter providing signature instructions, and a self-addressed, stamped return envelope to Defendant Josephine Bashaka via U.S Mail to 425 W 5th Street, #112, Charlotte NC 28202. (Exhibit E)

14. On July 8, 2026, Plaintiff's counsel attempted to call Defendant Bashaka to inquire about the status of the executed document. Defendant Bashaka did not answer the call. Plaintiff's counsel left a voicemail message requesting a return call.

15. As the date of the filing, Defendant Bashaka has not filed with the Court nor returned to Plaintiff's counsel, the executed Stipulation of Voluntary Dismissal. Additionally, Defendant Bashaka has not returned a call to Plaintiff's counsel.

Katie C. Clary, NC Bar #39248
Attorney for the Plaintiff
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Rd., Ste. 100
Charlotte, NC 28207
T: 704-376-3200/F: 704-376-3200
amingo@rscmlaw.com
kclary@rscmlaw.com

BROOKE A. HUFFMAN NOTARY PUBLIC MECKLENBURG COUNTY, NC

7/22/26

Brooke A. Huffman

My commission expires: 4/11/2028