**Brittanny Herrera**

---

**From:** Jackie Cooper
**Sent:** Wednesday, July 8, 2026 2:01 PM
**To:** tiarra_slade@yahoo.com
**Cc:** Katie Clary; Amanda Mingo; Brittanny Herrera
**Subject:** FW: MOBLEY V. MCFADDEN, et. al. 3:26-CV-00095-FDW; Stipulation of Dismissal
**Attachments:** STIPULATION OF DISMISSAL.docx

**Importance:** High

Hi Ms. Slade,

I am forwarding the email that Attorney Katie Clary sent last Wednesday, July 1st with the stipulation of dismissal. Please read the email and let us know if you have any questions.

**If you wish to have us sign on your behalf, please reply to this email confirming your authorization**

Jackie

**When replying to this email, please REPLY ALL to ensure all parties remain informed.**

Jacqueline Cooper
N.C. Certified Paralegal
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Road, Suite 100
Charlotte, NC 28207
T: 704-376-3200 EXT. 1007
F: 704-332-2716

RAWLS, SCHEER, CLARY & MINGO
TRIAL LAWYERS

**ATTENTION ADDRESS CHANGE:** As of December 8, 2023, please update your records to reflect our new physical and mailing address: 2333 Randolph Road, Suite 100, Charlotte, NC 28207

---

**From:** Katie Clary <KClary@rscmlaw.com>
**Sent:** Wednesday, July 1, 2026 2:23 PM
**To:** sean.perrin <sean.perrin@wbd-us.com>; Patrick Flanagan <phf@cshlaw.com>; cferlan@hallboothsmith.com; jhiller@huffpowellbailey.com; Jake Stewart <jstewart@cshlaw.com>; drake.smith@arnoldsmithlaw.com; williamsondwayne704@yahoo.com; shadalafair@gmail.com; Tadashiabrice@yahoo.com; tiarra.slade@yahoo.com; jpatton@huffpowellbailey.com; richard.rainey@wbd-us.com; Ingersoll, Mike <mike.ingersoll@wbd-us.com>; tiarra_slade@yahoo.com

**Cc:** Amanda Mingo <AMingo@rscmlaw.com>; Jackie Cooper <jcooper@rscmlaw.com>; Brittanny Herrera <BHerrera@rscmlaw.com>
**Subject:** MOBLEY V. MCFADDEN, et. al. 3:26-CV-00095-FDW; Stipulation of Dismissal
**Importance:** High

All,

Plaintiff is dismissing all claims against the following Defendants:

1. Bentrell Blocker
2. Robert Neece
3. Jamie Jaquez
4. Sabrina Garris
5. Shanta Smith
6. Dollie Wasson
7. Gilda Louallen
8. Anne Thompson
9. Tiana Motley

Deputy Clerk of Court, Candice Cochran has notified Plaintiff's counsel that a new interpretation by the Western District bench of Rule 41(a)(1)(A)(ii) requires that a Stipulation of Dismissal signed by all parties who have appeared, rather than a Voluntary Dismissal, is the proper filing for Plaintiff's dismissal action against the above named Defendants. With that, attached above is the Stipulation of Dismissal including signature lines for each party in this matter.

As a courtesy, we are happy to submit the executed stipulations on behalf of each party. If you wish to have us sign on your behalf, please reply to this email confirming your authorization. We will attach a copy of the authorization to the executed stipulation and make the submission on your behalf.

Please let us know if you have any questions.

Best,

.

***PLEASE BE SURE TO "REPLY ALL" TO THIS EMAIL ~ I aim to ensure our support staff is kept apprised of all communication.***

Katie Clary
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Road Suite 100
Charlotte, North Carolina, 28204
704-376-3200

ATTENTION ADDRESS CHANGE: As of December 8, 2023, please update your records to reflect our new physical and mailing address: 2333 Randolph Road, Suite 100, Charlotte, NC 28207