# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

VALERIE MOBLEY, as Administrator to the Estate of
RENNY DE'ANGELO MOBLEY

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| GARRY MCFADDEN, et al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No. 3:26-CV-00095

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Valerie Gilbert
2106 Genesis Drive
Monroe, NC 28110

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda A. Mingo and Katie C. Clary
Rawls, Scheer, Clary & Mingo
2333 Randolph Road, Suite 100
Charlotte, NC 28207
704-376-3200
amingo@rscmlaw.com, kclary@rscmlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date 02/06/2026

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-CV-00095

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

This summon for *(name of individual and title, if any)*
_Valerie Gilbert_

was received by me on *(date)* _____.

☑ **I personally served the summons on the defendant at**
*(place)* _2106 Genesis Dr., Monroe, NC_ _____
on *(date)* _7/23/26_ _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date: _7/23/26_ _____        _Megan Bentley_ _____
                                   **Server's signature**

                                   _Megan Bentley- Private Investigator_
                                   **Printed name and title**

                                   _1011 E. Morehead St #110, Charlotte, NC 28204_
                                   **Server's address**

Additional information regarding attempted service, etc: